919 A.2d 913

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Harry Eugene DUNLAP, Petitioner.**

Supreme Court of Pennsylvania.

March 16, 2007.

## *ORDER*

PER CURIAM.

**AND NOW,** this 16th day of March, 2007, the Petition for Allowance of Appeal is **GRANTED,** the order of the Superior Court is **VACATED,** and this matter is **REMANDED** to the

476

Superior Court with direction that it reconsider this matter in light of *Kendrick v. District Attorney of Philadelphia Cty.*, 591 Pa. 157, 916 A.2d 529 (2007).